**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MONIKA MCCOMB, </br>   Plaintiff, </br> </br> v. </br> </br> GINNY'S INC. </br>   Defendant. | ) </br> ) </br> ) Case No. 1:19 CV 00237 </br> ) </br> ) Hon. John Z. Lee </br> ) </br> ) </br> ) </br> ) |

**JOINT MOTION TO STAY THE ACTION PENDING ARBITRATION**

NOW COME Plaintiff Monika McComb ("Plaintiff") and Defendant Ginny's, Inc. ("Defendant" and, collectively with Plaintiff, the "Parties"), pursuant to Sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"), and hereby submit their Joint Motion to Stay the Action Pending Arbitration, and in support thereof state as follows:

1. The Parties have agreed to submit all of the claims in this lawsuit to binding arbitration pursuant to the arbitration provision contained in the Parties' credit agreement. The arbitration shall be conducted through and in accordance with the rules of the American Arbitration Association.

2. The Parties desire, and hereby request, that this case be stayed pending resolution of the arbitration.

3. The Parties also request that all deadlines and hearings be vacated during the stay.

4. Upon the conclusion of the arbitration proceeding, the Parties shall notify the Court and submit a stipulation dismissing this Action with prejudice.

**WHEREFORE,** the Parties respectfully request that the Court: (1) order the claims in this lawsuit be submitted to binding, non-judicial arbitration pursuant to the Parties' arbitration

agreement, (2) stay the Action pending resolution of the arbitration, and (3) grant such other relief as is just and proper.

Dated: April 11, 2019

Respectfully submitted,

| Monika McComb | Ginny's, Inc. |
|---|---|
| By: /s/ Amy A.B. Ginsbury<br>One of her attorneys | By: /s/ Timothy R. Carwinski<br>One of its attorneys |
| Amy Lynn Bennecoff Ginsburg<br>Kimmel & Silverman, P.C.<br>30 E. Butler Avenue<br>Ambler, PA 19002<br>(215) 540-8888<br>Telephone: Email:<br>teamkimmel@creditlaw.com | Timothy R. Carwinski (6299248)<br>REED SMITH LLP<br>10 South Wacker Drive<br>40th Floor<br>Chicago, IL 60606<br>Telephone: (312) 207-1000<br>Fax: (312) 207-6400<br>tcarwinski@reedsmith.com |

## CERTIFICATE OF SERVICE

I, Timothy R. Carwinski, an attorney, hereby certify that on April 11, 2019, I caused a true and correct copy of the foregoing to be served via the CM/ECF system, which will send notification of such filing to the e-mail address of all counsel of record.

/s/ Timothy R. Carwinski