# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Monika McComb

                Plaintiff,

v.                                           Case No.: 1:19−cv−00237

                                                  Honorable John Z. Lee

Ginny's, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2019:

      MINUTE entry before the Honorable John Z. Lee:The parties' agreed motion to stay the proceedings pending arbitration is granted. This case is stayed and will be administratively closed subject to reinstatement after the conclusion of the arbitration proceeding, if necessary. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.